THE TYPOTHETÆ OF THE CITY OF NEW YORK, Respondent, *v.* TYPOGRAPHICAL UNION No. 6 et al., Defendants.

In the Matter of the Punishment of PATRICK H. McCORMICK et al., Appellants, for Criminal Contempt.

*Typothetæ of the City of New York* v. *Typographical Union No. 6*, 132 App. Div. 921, affirmed.
(Argued October 8, 1909; decided November 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

May 25, 1909, which affirmed an order of Special Term adjudging the appellants herein guilty of criminal contempt.

*Alfred J. Talley* for appellants.

*Robert C. Beatty* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Dissenting on memorandum of LAUGHLIN, J., in court below : WILLARD BARTLETT, J